UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **JUDITH ROSO,** | ) | **CASE NO. 5:09CV198** |
| | ) | |
| Plaintiff, | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| v. | ) | |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of Social Security,** | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is an action to review a final decision of the Commissioner of Social Security denying Plaintiff's application for Disability Insurance Benefits.

On January 28, 2009, the instant matter was automatically referred to United States Magistrate Judge James S. Gallas, pursuant to L.R. 72.2(b), for the issuance of a Report and Recommendation. On January 30, 2009, upon transfer to this Court's docket, the matter was reassigned to Magistrate Judge George J. Limbert. On March 11, 2010, Magistrate Judge Limbert issued a Report and Recommendation recommending that the final decision of the Commissioner be reversed and the matter be remanded for further proceedings. (Dkt. # 14).

Rule 72(b) of the Federal Rules of Civil Procedure provides that objections to a report and recommendation must be filed within fourteen (14) days after service. See FED. R. CIV. P. 72(b). The Commissioner has indicated that he has no objection to the Magistrate Judge's Report and Recommendation. (Dkt. # 15). Therefore, any further

1

review by this Court would be a duplicative and an inefficient use of the Court's limited resources. See Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, the Report and Recommendation of Magistrate Judge Limbert (Dkt. # 14) is hereby **ADOPTED**. Accordingly, the decision of the Commissioner is hereby **REVERSED** and the matter is **REMANDED** for further proceedings, consistent with the Magistrate Judge's Recommendation and this Order.

**IT IS SO ORDERED**.

> **/s/ Peter C. Economus – March 25, 2010**
> **PETER C. ECONOMUS**
> **UNITED STATES DISTRICT JUDGE**